UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR21-059 RSL |
| Plaintiff, | ) ) ) | |
| v. | ) ) | DETENTION ORDER |
| CAROLE MAYETTA CRANE, | ) ) ) ) | |
| Defendant. | ) | |

OFFENSES CHARGED

Count 1- 6  Bank Fraud.

Counts 7-10 – Aggravated Identity Theft.

Date of Detention Hearing:   December 7, 2022

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet

DETENTION ORDER
PAGE -1

will reasonably assure the safety of other persons and the community and defendant's appearances as required in this case.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant was arrested on these charges in the N.D. Illinois. That court ordered that defendant be detained, and transported to this court.

(2) At her initial appearance in this court, the United States moved for detention, and both parties agreed to proceed with the detention hearing at that time. The Pretrial Services Report indicated that defendant had a great many convictions and arrests for forgery and theft, starting in 1983; a conviction for "bail jumping" in 1989; various burglary convictions; a conviction for conspiracy to distribute oxycodone in 2017; and other matters. The report also indicated defendant had been associated with six distinct alternate names, six birthdates, and six Social Security numbers; and that she had a history of criminal history while on supervision.

(3) There are detainers pending against her from Illinois and the District of Oregon.

(4) Defendant and her counsel did not formally stipulate to an order of detention, but made no persuasive argument in opposition. Defense counsel merely stated that defendant had some family in the Portland area.

It is therefore ORDERED:

1,      Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3, On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of December, 2022.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3