The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLE MAYETTA CRANE,<br><br>　　　　　　　Defendant | NO. CR21-059-RSL<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Carole Mayetta Crane's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $88,346.78, reflecting proceeds Defendant Carole Mayetta Crane obtained from her commission of *Bank Fraud*, in violation of 18 U.S.C. §§ 1344(1)-(2).

The Court, having reviewed the Stipulated Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The proceeds of *Bank Fraud*, in violation of 18 U.S.C. §§ 1344(1)-(2), are forfeitable pursuant to 18 U.S.C. § 982(a)(2);

Order of Forfeiture - 1
*United States v. Crane,* CR21-059-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In her Plea Agreement, Defendant agreed to forfeit, pursuant to 18 U.S.C. § 982(a)(2), the proceeds she obtained from the commission of *Bank Fraud*, to which she entered a guilty plea (Dkt. No. 57, ¶ 13);
- As set forth in the Stipulated Motion, the parties have agreed to a forfeiture money judgment in the amount of $88,346.78, reflecting unrecovered proceeds obtained by Defendant (*see also* Dkt. No. 57, ¶ 13);
- The forfeiture of this sum of money is separate and distinct from the restitution ordered in this case.
- The forfeiture of this sum of money is personal to Defendant Crane and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 982(a)(2), and her Plea Agreement, Defendant Crane's interest in a sum of money in the amount of $88,346.78 is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to the Defendant Crane at the time she is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3) No right, title, or interest in the identified sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $88,346.78; and

///

///

Order of Forfeiture - 2
*United States v. Crane,* CR21-059-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5)   The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

DATED this __5th__ day of _____July_____, 2023.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov


*s/Michael Craig Nance*
MICHAEL CRAIG NANCE*
Attorney for Carole Mayetta Crane
P.O. Box 11276
Bainbridge Island, WA 98110
Phone: 206-624-3211
michaelnancelaw@gmail.com
* *Permission to e-sign and e-file obtained via email on June 12, 2023*

Order of Forfeiture - 3
*United States v. Crane,* CR21-059-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970