Honorable Robert Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR21-059 RSL |
| Plaintiff, | ) | |
| | ) | ORDER PERMITTING SEALING |
| | ) | OF SENTENCING MEMORANDUM |
| v. | ) | |
| | ) | |
| CAROLE CRANE, | ) | |
| | ) | |
| Defendant. | ) | |

The court, having considered the defense motion to file its Sentencing Memorandum under seal, and good cause having been shown, grants the motion.

Dated this 10th day of August, 2023.

*/s/ Robert S Lasnik*
ROBERT LASNIK
U.S. District Judge

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney